**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:10CV502-RLV-DSC**

| | |
|---|---|
| **DEE DOOLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **ORDER** |
| **v.** ) | |
| ) | |
| **EAGLE TRANSPORT CORP.,** ) | |
| ) | |
| **Defendants.** ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | |

     **THIS MATTER** is before the Court <u>sua sponte</u> following issuance of a "Pretrial Order and Case Management Plan" (document #6) on November 2, 2010.

     The Pretrial Order and Case Management Plan reflect that the trial will commence without a jury, and in fact, the Plaintiff has demanded a jury trial in her Complaint.

     Therefore, the Pretrial Order and Case Management Plan entered on November 2, 2010 (document #6) is amended as follows:

## III.  TRIAL

     **A. TRIAL DATE**.  Trial **with** a jury will be scheduled by Judge Voorhees' chambers once the matter is ripe and ready to be tried.  The parties estimate that the total time needed for trial will be approximately three to four (3-4) days.

     **SO ORDERED.**

     Signed: November 3, 2010

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
David S. Cayer
United States Magistrate Judge

1